# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2017 WY 78

*April Term, A.D. 2017*

**June 28, 2017**

CODY VALE SCANTLING,

**Appellant**
**(Defendant),**

**v.**                                                               S-17-0036

**THE STATE OF WYOMING,**

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court.  Pursuant to a plea agreement, Appellant entered an unconditional "no contest" plea to one count of sexual abuse of a minor in the second degree.  Wyo. Stat. Ann. § 6-2-315(a)(iii).  The district court imposed a sentence of 3 to 11 years.  Appellant filed this appeal to challenge the district court's January 5, 2017, "Judgment and Sentence."

[¶2]    On April 26, 2017, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  The next day, this Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief."  This Court ordered that, on or before June 12, 2017, Appellant "may file with this Court a *pro se* brief specifying the issues he would like this Court to consider in this appeal."  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal."  This Court notes that Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Judgment and Sentence" should be affirmed.    It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Cody Vale Scantling, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the district court's January 5, 2017, "Judgment and Sentence" be, and the same hereby is, affirmed.

[¶6]    **DATED** this 28th day of June, 2017.

BY THE COURT:

/s/

**E. JAMES BURKE**
**Chief Justice**